UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORT INDEPENDENCE INDIAN COMMUNITY, a federally-recognized tribe,

        Plaintiffs,

    v.

STATE OF CALIFORNIA; ARNOLD SCHWARZENEGGER, Governor of the State of California; JERRY BROWN, Attorney General of the State of California,

        Defendants

_____/

NO. CIV. S-08-432 LKK/KJM

O R D E R

The court is in receipt of the parties' joint request to modify the scheduling order. The parties' arguments regarding good cause to modify the order in light of the motions for summary judgment currently under submission, and in light of this court's order of July 8, 2009, are well taken. However, the particular dates proposed by the parties leave insufficient time between dates. As explained in the prior scheduling order issued in this case, "changes to any of the scheduled dates will necessarily

1

result in changes to all other dates." Order of July 1, 2008, Doc. 20, at 10.

Good cause having been shown, the court AMENDS the scheduling order as follows:

1. The parties are to designate any expert witnesses by August 24, 2009.
2. Depositions of the designated experts will be permitted, but they must be scheduled so that they are completed by November 24, 2009.
3. The pretrial conference will be held on January 19, 2010 at 2:30 p.m.
4. The trial will be held on April 20, 2010 at 10:30 a.m.

IT IS SO ORDERED.

DATED: August 3, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT