| | |
|---|---|
| FORT INDEPENDENCE INDIAN COMMUNITY, A federally-recognized tribe,<br><br>                Plaintiffs,<br>   v.<br><br>STATE OF CALIFORNIA, ARNOLD SCHWARZENEGGER, Governor of the State of California,<br><br>                Defendants. | Case No. 2:08-CV-00432 LKK-KJM<br><br>**ORDER** |

**ORDER**

On October 30, 2009, Jack Duran and Robert A. Rosette of the law firm Rosette & Associates, PC, filed an application for substitution of counsel on behalf of the Fort Independence Indian Community ("Plaintiff") in the above-captioned matter.  The application asks the Court to name Mr. Duran and Mr. Rosette as Plaintiff's counsel of record in this matter while removing Plaintiff's prior counsel, John M. Peebles and the firm of Fredericks, Peebles & Morgan, LLP.  Israel Naylor, Chairman for Plaintiff, assented to the application on the basis that Plaintiff retained Rosette & Associates, PC as its general counsel in connection with this matter on October 16, 2009, and correspondingly terminated its relationship with Fredericks, Peebles & Morgan, LLP.  In light of this information, this Court hereby grants the application.

**IT IS SO ORDERED**

Dated:  November 9, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com