1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORT INDEPENDENCE INDIAN COMMUNITY, A federally-recognized tribe,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, ARNOLD SCHWARZENEGGER, Governor of the State of California,<br><br>            Defendants. | Case No. 2:08-CV-00432 LKK-KJM<br><br>**ORDER**<br><br>Dept.:      4<br>Judge:     Lawrence K. Karlton<br>Action Filed: February 26, 2008<br>Trial Date:  September 28, 2010 |

_____
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

Plaintiff's request to dismiss this case WITH PREJUDICE is hereby GRANTED.

**IT IS SO ORDERED.**


Dated: January 6, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---
[PROPOSED] ORDER
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com